UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MARTIN, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LOVISA AMERICA, LLC, *a Delaware limited liability company*; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No.  1:22-cv-01356-ADA-EPG<br><br>ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 12). |

On March 7, 2023, the parties filed a stipulation to extend the deadline for Defendant to file a responsive pleading to Plaintiff's complaint. Based on the parties' stipulation (ECF No. 12). IT IS ORDERED that the deadline for Defendant to file a responsive pleading be extended to March 22, 2023.

IT IS SO ORDERED.

Dated:  **March 8, 2023**          /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

1