UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MARTIN, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LOVISA AMERICA, LLC, *a Delaware limited liability company*; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 1:22-cv-01356-ADA-EPG<br><br>ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 14). |

On March 22, 2023, the parties filed a stipulation to extend the deadline for Defendant to file a responsive pleading to Plaintiff's complaint. (ECF No. 14). Based on the parties' stipulation (ECF No. 14), IT IS ORDERED that the deadline for Defendant to file a responsive pleading be extended to April 21, 2023.

IT IS SO ORDERED.

Dated: __**April 5, 2023**__          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

1