UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>LOVISA AMERICA, LLC,<br><br>    Defendants. | Case No. 1:22-cv-01356-ADA-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 17, 18, 20). |

    Plaintiff Ruth Martin ("Plaintiff") initiated this putative class action on October 23, 2022, alleging violations of the California Invasion of Privacy Act (Cal. Penal Code §§631, 632.7). (ECF No. 1.) On April 7, 2023, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 17).[1]

    The assigned Magistrate Judge issued findings and recommendation on May 23, 2023, recommending that Plaintiff's individual claims for violations of the California Invasion of Privacy Act against Defendant Lovisa America, LLC ("Defendant") be dismissed with prejudice, and that all claims brought by Plaintiff on behalf of the putative class for violations of the California Invasion of Privacy Act against Defendant be dismissed without prejudice. (ECF No.

---

[1] Plaintiff subsequently filed a motion to dismiss that is substantively identical to the notice of dismissal. (ECF No. 18).

1

20). The findings and recommendations contained notice that any objections were to be filed within twenty-one days after service. (*Id*. at 4.) To date, no party has filed objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. Plaintiff Ruth Martin's individual claims for violations of the California Invasion of Privacy Act against Defendant Lovisa America, LLC are DISMISSED with prejudice;
2. All claims brought by Plaintiff Ruth Martin on behalf of the putative class for violations of the California Invasion of Privacy Act against Defendant Lovisa America, LLC are DISMISSED without prejudice; and
3. The Clerk of the Court be directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 31, 2023

UNITED STATES DISTRICT JUDGE